IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY WALKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-3705** |
| | : | |
| **SUPERINTENDENT KATHY BRITTAIN**, *et al.* | : | |

# ORDER

**AND NOW**, this 19th day of August 2020, upon careful and independent consideration of the amended Petition for a writ of habeas corpus (ECF Doc. No. 21), the Response to the Petition (ECF Doc. No. 28), Petitioner's Reply (ECF Doc. Nos. 30, 31, 32), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the amended Petition for a writ of habeas corpus (ECF Doc. No. 21) with prejudice;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

                                                                                                                     **KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).